371 A.2d 236
Commonwealth v. Prebola, Appellant.

Argued June 22, 1976.   Clement E. Kisailus, for appellant;   Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 236
Commonwealth v. Ransom, Appellant.

Submitted April 2, 1976.   Calvin S. Drayer, Jr., Assistant Public Defender, for appellant;   Eric J. Cox, Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.